# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE LERAMO,<br><br>           Plaintiff,<br><br>     v.<br><br>PREMIER ANESTHESIA MEDICAL<br>GROUP, ET AL.,<br><br>           Defendant(s).<br>_____/ | Case Number:1:09-CV-02083-LJO-DLB<br><br>ORDER CONTINUING MANDATORY<br>SCHEDULING CONFERENCE<br><br>DATE:  March 2, 2010<br>TIME: D 09:00 a m<br><br>DENNIS L. BECK<br>U. S. MAGISTRATE JUDGE |

   Plaintiff ,YVONNE LERAMO, Having requested an extention of time to serve all Defendants herein, and good cause appearing:

   IT IS SO ORDERED that the Mandatory Scheduling Conference originally set as set forth above is hereby vacated and reset for April 27, 2010 at 09:30 a m in courtroom #9 (6th floor). Plaintiff shall promptly file proofs of service of the summons and complaint so the court has a record of service.

IT IS SO ORDERED.

Dated:  **February 27, 2010**            /s/ *Dennis L. Beck*
                                                            UNITED STATES MAGISTRATE JUDGE