# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE LERAMO, M.D.<br><br>　　　　Plaintiff,<br><br>v.<br><br>PREMIER ANESTHESIA MEDICAL GROUP, A California General Partnership; KAMALNATH A. IYER, M.D., A Partner; W. BRUCE SCURLOCK, M.D., Partner; KAIL S. DHALIWAL, M.D., a Partner,<br><br>　　　　Defendants.<br>_____ | Case No.: 1:09-cv-02083-LJO-JLT<br><br>ORDER ON STIPULATION GRANTING PLAINTIFF YVONNE LERAMO, M.D. LEAVE TO FILE FIRST AMENDED COMPLAINT<br><br>(Doc. 18) |

In their stipulation filed on May 21, 2010, the parties report that they have meet and conferred regarding deficiencies in the Complaint for Damages. As a result of this meeting, the parties have agreed that Plaintiff will file a First Amended Complaint no later than June 23, 2010 to address the pleading deficiencies resolved by the parties' conference.

Based thereon, and Good Cause appearing, the Court **GRANTS** Plaintiff leave to file a First Amended Complaint no later than June 23, 2010.

IT IS SO ORDERED.

Dated:   **May 26, 2010**　　　　　　　　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1