IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE LERAMO, M.D., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PREMIER ANESTHSIA MEDICAL ) <br> GROUP, et al. ) <br> ) <br> Defendants. ) <br> ) | Case No.: 1:09-cv-02083 LJO JLT <br><br> ORDER CONTINUING SCHEDULING CONFERENCE |

On July 7, 2010, the defendants filed a motion to dismiss the First Amended Complaint. (Doc. 21) The motion will not be decided by the date of the Scheduling Conference as it is currently calendared. Scheduling the case at this time, when the pleadings are uncertain, poses the potential of misdirected discovery efforts and of the need to modify any scheduling order issued now.

Therefore, the Scheduling Conference, currently set for July 21, 2010 at 9:00 a.m. <u>will be continued to September 30, 2010 at 9:00 a.m.</u> The parties are ordered to file an amended Joint Scheduling Conference no later than September 23, 2010.

IT IS SO ORDERED.

Dated:  **July 16, 2010**                                   /s/ Jennifer L. Thurston
                                                                              UNITED STATES MAGISTRATE JUDGE

1