IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE LERAMO, M.D., <br><br> Plaintiff, <br><br> v. <br><br> PREMIER ANESTHSIA MEDICAL GROUP, et al. <br><br> Defendants. | Case No.: 1:09-cv-02083 LJO JLT <br><br> ORDER CONTINUING SETTLEMENT CONFERENCE |

Before the Court is the stipulation of counsel to reschedule the settlement conference, currently set on June 16, 2011. (Doc. 43) The stipulation reports that defense counsel is unavailable on this date. Id. at 1. Counsel propose that the settlement conference occur, instead, on August 25, 2011. Id.

Good cause appearing, the Court ORDERS the settlement conference to be continued to August 25, 2011 at 10 a.m. at 1200 Truxtun Avenue, Suite 120, Bakersfield, CA.

Counsel SHALL e-mail their confidential settlement conference statement that details the topics set forth at pages 6-7 of the scheduling order (Doc. 30), no later than five court days before the conference.

IT IS SO ORDERED.

Dated:  **June 2, 2011**                                                                    /s/ Jennifer L. Thurston

1

UNITED STATES MAGISTRATE JUDGE